IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Run Feng Zhen,<br><br>    Petitioner,<br><br>vs.<br><br>Katrina Kane,<br><br>    Respondent. | No. CV 07-1641-PHX-EHC<br><br>**ORDER** |

On August 24, 2007, Petitioner filed a Petition for Writ of Habeas Corpus (Dkt. 1). On November 29, 2007, Respondent filed a *Suggestion of Mootness* (Dkt. 10), notifying the Court that Petitioner was released under an Order of Supervision. On December 20, 2007, a Report and Recommendation was filed in which the Magistrate Judge recommended that the Petition be dismissed with prejudice as moot (Dkt. 11).

Accordingly,

**IT IS ORDERED** adopting the Report and Recommendation (Dkt. 11).

**IT IS FURTHER ORDERED** dismissing the Petition for Writ of Habeas Corpus with prejudice as moot.

1
2   DATED this 25th day of April, 2008.
3
4
5   _____
6   Earl H. Carroll
    United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -